IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

THOMAS J. WOODY,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4860

Opinion filed April 13, 2017.

An appeal from an order of the Circuit Court for Duval County.
Roberto Arias, Judge.

Thomas J. Woody, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     DISMISSED.

ROWE, OSTERHAUS, and WINOKUR, JJ., CONCUR.